COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Rita Lemons v. Joe Payton Lee

Appellate case number:    01-15-00701-CV

Trial court case number:  2013-55684

Trial court:                       151st District Court of Harris County

Appellant, Rita Lemons, has filed affidavits of indigence to proceed without advance payment of costs on appeal. Although a clerk's record has not been filed in this appeal, we take notice of the clerk's record filed in a related appeal (*Joe Payton Lee v. Rita Lemons*, 01-15-00208-CV) arising from the same underlying trial court case number. The clerk's record in the related case indicates that appellant filed an affidavit of indigence with the trial court in earlier notice of appeal on April 30, 2015 and the trial court subsequently entered an order on May 18, 2015 overruling the district court clerk's contest to the affidavit as untimely. Accordingly, appellant already has been deemed indigent for purposes of this appeal and we dismiss appellant's subsequent requests as moot.

The Clerk of this Court is ORDERED to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(f), (n).

It is further ORDERED that the District Clerk file with this Court, within **30 days of the date of this orde**r and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(i)(4).

It is further ORDERED that appellant's brief filed on October 2, 2015 and amended brief filed on October 16, 2015 be **struck** for failure to comply with Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1, 38.9. Because a reporter's record has been filed, appellant is ORDERED to file an opening brief complying with the applicable rules within **30 days of the filing of the clerk's record**. *See* TEX. R. APP. P. 38.6(a). Failure to file appellant's brief within this time may result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellee's brief, if any, must be filed within **30 days** after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                                ☒ Acting individually    ☐ Acting for the Court

Date:  November 17, 2015